377 P.2d 99

James C. LATTIN, Petitioner,

v.

Harold A. COX, Warden, New Mexico State Penitentiary, Respondent.

No. 13 HC.

Supreme Court of New Mexico.

Jan. 2, 1963.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petition for habeas corpus be and the same is hereby denied for failure to allege ground for writ of habeas corpus.

377 P.2d 100

Don FLIPPIN, Petitioner,

v.

Harold A. COX, Warden, New Mexico State Penitentiary, Respondent.

No. 12 HC.

Supreme Court of New Mexico.

Jan. 2, 1963.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petition for delayed appeal be and the same is hereby denied for failure to state grounds for a delayed appeal.